# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHARLOTTE MARIE HODGES,

    Petitioner

v.

DWIGHT NEVEN, et al.,

    Respondents

Case No.: 2:20-cv-00893-APG-DJA

**Order**

    Petitioner Charlotte Marie Hodges has submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1-1.  I dismiss the petition without prejudice as unexhausted.

    A federal court will not grant a state prisoner's petition for habeas relief until the prisoner has exhausted all available state remedies for all claims raised. *Rose v. Lundy*, 455 U.S. 509 (1982); 28 U.S.C. § 2254(b).  A petitioner must give the state courts a fair opportunity to act on each of the claims before she presents those claims in a federal habeas petition. *O'Sullivan v. Boerckel*, 526 U.S. 838, 844 (1999); *see also Duncan v. Henry*, 513 U.S. 364, 365 (1995).  A claim remains unexhausted until the petitioner has given the highest available state court the opportunity to consider the claim through direct appeal or state collateral review proceedings. *See Casey v. Moore*, 386 F.3d 896, 916 (9th Cir. 2004); *Garrison v. McCarthey*, 653 F.2d 374, 376 (9th Cir. 1981).

    Here, Hodges states that she filed a state postconviction habeas corpus petition in October 2019 and that the petition is pending in state court.  Thus, she has not yet exhausted her state-

court remedies.  Further, the decision on her state petition could render this action moot. Accordingly, I dismiss this federal petition without prejudice.

      I THEREFORE ORDER the Clerk to detach and file the petition (ECF No. 1-1).

      I FURTHER ORDER that the petition is **DISMISSED** without prejudice.

      I FURTHER ORDER that a certificate of appealability is DENIED.

      I FURTHER ORDER that the petitioner's motion for appointment of counsel and amended motion for appointment of counsel (**ECF Nos. 3 and 5**) **are both DENIED** as moot.

      I FURTHER ORDER the Clerk to send petitioner one copy of the filing at ECF No. 1-1.

      I FURTHER ORDER the Clerk to enter judgment accordingly and close this case.

      Dated: September 24, 2020

                                                                       U.S. District Judge Andrew P. Gordon