# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHARLOTTE MARIE HODGES,

    Petitioner

v.

DWIGHT NEVEN, et al.,

    Respondents

Case No.: 2:20-cv-00893-APG-DJA

**Order**

Pro se 28 U.S.C. § 2254 habeas corpus petitioner Charlotte Marie Hodges seeks an extension of time to file her amended petition (ECF No. 20). Good cause appearing,

I ORDER that petitioner's motion for extension of time to file her amended petition (ECF No. 20) is **GRANTED**. **The deadline to file the amended petition is extended to September 20, 2022.**

Dated: June 21, 2022

_____
U.S. District Judge Andrew P. Gordon