# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHARLOTTE MARIE HODGES,

    Petitioner

v.

DWIGHT NEVEN, et al.,

    Respondents

Case No.: 2:20-cv-00893-APG-DJA

**Order**

    Pro se 28 U.S.C. § 2254 habeas corpus petitioner Charlotte Marie Hodges seeks an extension of time to file her amended petition. (ECF No. 24.) She explains that she is currently retaining private counsel and negotiating a retainer. (*See also* ECF No. 23, Declaration of Scott Olifant.) Good cause appearing,

    I ORDER that petitioner's motion for extension of time to file her amended petition (ECF No. 24) is **GRANTED**. **The deadline to file the amended petition is extended to November 15, 2022.**

Dated: September 22, 2022

_____
U.S. District Judge Andrew P. Gordon