# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLOTTE MARIE HODGES,<br><br>    Petitioner<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>    Respondents | Case No.: 2:20-cv-00893-APG-DJA<br><br>**Order Granting Extension of Time to Respond to Petition to May 10, 2023**<br><br>**(ECF No. 29)** |

Respondents ask the court for an extension of time to respond to Charlotte Marie Hodges' 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 29.) Counsel for respondents explains that he is going to be out on an extended medical leave. Good cause appearing,

I ORDER that respondents' motion for extension of time to respond to the amended petition (ECF No. 29) is **GRANTED. The deadline to file the response is extended to May 10, 2023.**

Dated: February 7, 2023

_____
U.S. District Judge Andrew P. Gordon